# In the United States Court of Federal Claims

No. 20-1197C

(Filed: February 11, 2021)

|  |  |
|---|---|
| **BIDON, et al.,** | ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) ) ) |
| **THE UNITED STATES,** | ) ) |
| *Defendant.* | ) ) ) |

## ORDER

On January 15, 2021, the parties filed a joint preliminary status report ("JPSR"), in which the parties disagreed as to whether a stay of this matter was warranted. ECF No. 9. The Court held a telephonic status conference on February 11, 2021 to discuss the parties' positions as set forth in the JPSR. *See* Minute Entry, Feb. 11, 2021. After reviewing the parties' proposed schedule in the JPSR and based on the Court's discussion with the parties, the Court hereby sets the following deadlines:

| Event | Date |
|---|---|
| Class Discovery Commences | February 22, 2021 |
| Initial Disclosures | March 25, 2021 |
| Class Discovery Closes | July 5, 2021 |
| Plaintiffs' Motion for Class Certification | On or before August 6, 2021 |
| Defendant's Response to Motion for Class Certification | 30 Days from Plaintiffs' Motion |
| Plaintiffs' Reply to Defendant's Response | 14 Days from Defendant's Response |

IT IS SO ORDERED.

s/Matthew H. Solomson
Matthew H. Solomson
Judge